IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RHONDA MICHELLE GOODFELLOW,
on behalf of herself and all similarly situated
persons                                                                               PLAINTIFF

v.                           No. 3:14-cv-226-DPM

EUGENE K. CASHMAN, JR., ET AL.                                   DEFENDANTS


DELORIS SUMPTER                                                           PLAINTIFF

v.                           No. 3:14-cv-229-DPM

CRITTENDEN HOSPITAL
ASSOCIATION, ET AL.                                                      DEFENDANTS

ORDER

1. The Cigna defendants have asked the Court informally (by email with a copy to all counsel) to clarify its Order, № 32, about what motions will be addressed at the 12 December 2014 hearing. The Court will address all pending motions in both cases. The expedited schedule allows adequate time for responsive filings. While the Court often benefits from replies, the Rules of Civil Procedure do not mandate them; and all parties will be heard fully at the hearing in any event. These cases need some untangling now.

**2.** The Court also takes this opportunity to clarify its Order about who must attend the hearing: all counsel are welcome, of course, but only one lawyer for each party must attend.

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 December 2014