IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

YOLANDA GOODMAN,
on behalf of herself and all similarly
situated persons                                                    PLAINTIFF

v.                          No. 3:14-cv-229-DPM

CRITTENDEN HOSPITAL ASSOCIATION,
INC.; EUGENE K. CASHMAN, III; W. BRAD
McCORMICK; CIGNA HEALTH AND LIFE
INSURANCE CO.; JAMIE R. CARTER, JR.;
DAVID G. BAYTOS; DAVID RAINES, JR.;
JASON W. COLLARD; HERSCHEL F.
OWENS; ANDREW LUTTRELL; KEITH M.
INGRAM; RANDALL CATT; WILLIAM
JOHNSON; LANNIE L. LANCASTER;
JULIO P. RUIZ; SHERRY L. LONDON;
NESS S. SECHREST; RANDY R. SULLIVAN;
and LEVEN WILLIAMS                                                 DEFENDANTS

## JUDGMENT

1. The Court approves the proposed $1,150,000 class settlement as modified:

- Existing expenses, totaling $153,853.03, must be paid off of the top;

- The attorney's fees are set at $500,000, less any additional expenses; and

- A settlement fund of $496,146.97 is created. This fund shall be distributed as follows:
    - $334,380.07 to pay approved claims in full. Any money from undisbursed claims will be credited toward the balance;
    - $5000 to Yolanda Goodman for her service as class representative; and
    - The balance to all class members on a *per capita* basis.

2. All class members are enjoined from engaging in legal action related to the facts of this case. That includes filing, prosecuting, intervening in, or participating as a plaintiff, claimant, or class member in any action based on, relating to, or arising from the claims, causes of action, or circumstances alleged in this case. All class members are bound by this Judgment.

3. The amended complaint is dismissed with prejudice.

4. The Court retains jurisdiction to oversee the settlement and resolve any issues that arise under it.

5. The Court directs the Clerk to close the related case, *Goodfellow v. Cashman*, No. 3:14-cv-226-DPM, pursuant to this Judgment.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 October 2017